# EXHIBIT A

# Law Office of Jack Silver

P.O. Box 5469   Santa Rosa, California 95402
Phone 707-528-8175   Fax 707-528-8675
lhm28843@sbcglobal.net



March 8, 2007

John J. Mulva, President & CEO
ConocoPhillips Company
600 North Dairy Ashford Road
Houston, TX 77079-1100

D.B. Holthe, President
Tosco Corporation
600 North Dairy Ashford Road
Houston, TX 77079-1100

President/Owner
Suncor Holdings, LLC
11601 Wilshire Boulevard, Suite 1940
Los Angeles, CA 90025-1755

R.E. Pearcy, President
Kayo Oil Company
600 North Dairy Ashford Road
Houston, TX 77079-1100

Re:   **Notice of Violations and Intent to File Suit under the
      Resource Conservation and Recovery Act**

To: Owner or Site Manager of the Various Sites Described Below:

On behalf of Northern California River Watch ("River Watch"), I am providing statutory notification to all of you (collectively hereafter referred to as "ConocoPhillips"), of continuing and ongoing violations of the Federal Resource Conservation and Recovery Act 42 U.S.C. § 6901 et seq. ("RCRA"), in conjunction with the continuing remediation

operations at the Northern California gasoline service station sites identified in this Notice which have been or are currently owned or operated by ConocoPhillips, its employees, agents, franchisees or assigns.

River Watch hereby notifies ConocoPhillips that at the expiration of the appropriate notice periods under RCRA, River Watch intends to commence a civil action against ConocoPhillips on the following grounds:

1. ConocoPhillips's use and storage of petroleum products at the gasoline station sites identified in this Notice has and continues to violate permits, standards, regulations, conditions, requirements and/or prohibitions effective pursuant to RCRA regarding storage of petroleum in underground storage tanks ("USTs"). [42 U.S.C. § 6972(a)(1)(A)]

2. ConocoPhillips's operations at the gasoline station sites identified in this Notice have caused petroleum contamination of soil and groundwater which present an imminent and substantial endangerment to human health and the environment. [42 U.S.C. § 6972(a)(1)(B)].

## THE SITES

1. **ConocoPhillips/TOSCO Station #1700**
   **1499 University Avenue, Berkeley, CA**

This site is an active 76-branded gasoline service station located on the northwest corner of University Avenue and Sacramento Streets. The facility consists of two dispenser islands and a station building which is northwest of the two 12,000 gallon USTs that deliver gasoline to customers. Depth to groundwater at this location has ranged between 4.5 to 10.3 feet. The groundwater flow direction varies from west to southwest to south.

The first reported instance of petroleum contamination occurred in April of 1986 when a waste oil tank was removed and replaced. Approximately 400 cubic yards of impacted soil were removed at that time, but no monitoring was conducted for the next nine years until monitoring wells were finally installed in June of 1995. At that time a free product sheen was observed in one of the installed wells.

In June of 2004, the first offsite monitoring wells were installed. One of these off-site wells (MW-4) was found to have free product in it in December of 2005. Recent TPHg levels (September of 2006) were as high as 33,000 ug/l; TPHd levels were as high as 2,500 ug/l; benzene was at 1,200 ug/l; xylenes were at 5,800 ug/l; and MTBE was as high as 13,000 ug/l.

On the basis of current Regional Water Quality Control Board ("RWQCB") records and consultant's reports, no sensitive receptor surveys have been conducted although it has been over twenty years since the first release was reported. In addition, no preferential pathway studies have been conducted, although the consultant has recently indicated that this evaluation is planned. Plume delineation has not been accomplished, either laterally or vertically. Finally, there has been no remediation (other than initial over-excavation efforts), and none seems to be planned on the basis of current reports.

Accordingly, this is a case for which River Watch must rely upon federal statutory provisions which authorize citizen suits where regulatory agency processes have not resulted in viable and timely solutions to the contaminant problems in our Northern California communities.

2. **ConocoPhillips/TOSCO Service Station #1156**
   **4276 MacArthur Blvd, Oakland, CA**

This former TOSCO service station site, currently in operation and branded as a 76 station, is situated at the corner of MacArthur and High Streets. The station exists in a primarily commercial area of Oakland, and is across from a former Shell service station which lies downgradient. Groundwater flow is generally westward; the water table lies less then two feet below ground surface during certain seasons.

The first regular BTEX monitoring began in January of 1993, following an unauthorized release of petroleum hydrocarbon from the USTs and/or from their associated piping and dispensers. Additional groundwater monitoring wells have been added over the years, but the site still has only four on-site wells and three off-site wells which do not appear to encompass the probable extent of the plume. (Some of the current plume configuration graphics have "?" interspersed along the isobars.)

Following the removal of 1,350 tons of impacted soil during UST replacement in 1998, the only work that might be described as active remediation occurred between June of 2001 and December of 2004 and involved bi-weekly groundwater purging that eventually processed a cumulative total of 476,000 gallons of groundwater. However, one of ConocoPhillips' consultants estimated that a total of only 5.9 pounds of TPHg was eliminated by this rather lengthy exercise. This result would seem to validate the 1995 report from Livermore Laboratories finding that pump and treat remediation is recognized as being ineffective at reaching cleanup goals.

Sensitive receptor studies done in 2001 are apparently planned to be re-done soon based upon an October 20, 2006 Delta report. The studies do not reflect the presence of any

active drinking water wells within a 2,000 foot radius of the site, but do confirm the presence of a surface pond approximately 1,000 feet downgradient. There is no indication in the records that ConocoPhillips' engineers have tested this pond for petroleum constituents which may have migrated from the site since 1993.

The contaminant levels are also extremely high, presenting an ongoing, imminently hazardous risk to the Oakland environment. TPHg levels as of July of 2006 were as high as 172,000 ug/l; benzene was at 6,600 ug/l; toluene was at 12,000 ug/l; xylenes were at 13,000 ug/l; and MTBE was as high as 22,800 ug/l.[1] These values are far above the 1.0 ug/l MCL cleanup levels for benzene; the 150 ug/l for toluene; the 1,750 ug/l for xylenes; and the 13 ug/l for MTBE in the San Francisco Bay area.

This site also requires immediate, proactive efforts aimed at remediation as soon as possible, following the completion of lateral and vertical delineation. There is no indication in the records about the extent to which the consultant has conducted preferential pathway surveys. Given the length of time since the initial release, the plume has had ample time to migrate along available conduits towards surface water. Accordingly, a current conduit study should be accomplished to rule out this possibility. Remaining petroleum hydrocarbon volumes should be calculated in order to achieve a baseline against which remediation efforts might be gauged and evaluated.

3. **ConocoPhillips/Unocal Service Station #5043**
   **449 Hegenberger Road, Oakland, CA**

This active 76-branded gasoline service station is located at the southwestern corner of Hegenberger Road and Edgewater Drive in a predominantly commercial section of Oakland, fairly close to the Oakland Airport. The site is also less than one-half mile from the downgradient Airport Channel, an inlet from the San Francisco Bay.

Based upon information contained in monitoring reports and RWQCB files, an initial unauthorized release was first reported in 1991 with the modification of dispenser islands at that location. Monitoring wells were subsequently installed and quarterly monitoring and sampling of contaminant levels commenced in February of 1992.

Only a minimal amount of remediation work has been accomplished. There are only three on-site and three off-site monitoring wells which may be insufficient to provide either lateral or vertical plume delineation. The consultant's available reports do not indicate the extent to which preferential pathways have been analyzed, or that there has been any conduit study to determine whether off-site migration has taken place via utility

---

[1] The 8260 method was used to obtain this result for the MTBE constituent.

trenches, particularly down Hegenberger Road which runs parallel to the site and leads directly to nearby downgradient surface water.

There is no active remediation being done at the present time, following an assessment that dual phase extraction would not be feasible at this location.

The site has levels of contamination that have become recently elevated to an extent beyond what had been normally monitored, which may indicate that a new release has recently occurred. This magnifies the need to conduct proactive site assessment work, leading to site remediation. TPHg levels as of September of 2006 were as high as 130,000 ug/l;[2] TPHd levels were as high as 22,000 ug/l; benzene was at 2,200 ug/l; toluene was at 1,000 ug/l; xylenes were at 8,800 ug/l; and MTBE was as high as 73 ug/l.

Following the completion of lateral and vertical delineation, the site requires immediate proactive measures to prevent downgradient migration through general groundwater movement and/or through preferential conduits. Sensitive receptors that lie downgradient should be tested for signature hydrocarbon constituents. Remaining petroleum hydrocarbon volumes should be calculated in order to achieve a baseline against which remediation efforts might be gauged and evaluated.

4.  **ConocoPhillips/TOSCO Station #0670**
    **1480 Broadway Avenue, Burlingame, CA**

This former TOSCO site, an active 76-branded service station, is located at the corner of El Camino Real and Broadway Street.. ConocoPhillips is the current potentially responsible party. Suncor Holdings, LLC owns the real estate on which the facility is situated.

An authorized release of approximately 3,000 gallons of petroleum hydrocarbons occurred in the mid to late 1970's. When two USTs were replaced in May of 1987, a hole was found in one of the old USTs. An environmental assessment followed, and groundwater monitoring and sampling began in the first quarter of 1991. Groundwater sampling remained quarterly until in the Fall of 1997 when it was reduced to semi-annually.

A dissolved oxygen remediation system was attempted for several months in 2002 and 2003, but was discontinued after it was deemed ineffective. In May of 2004, ConocoPhillips' engineering consultant conducted a groundwater and vapor investigation

---

[2] During the three previous quarterly monitoring events, the TPHg values at MW-6 had been 68,000 ug/l, 41,000 ug/l, and 50,000 ug/l, respectively.

to assess the potential for subsurface migration of hydrocarbon-impacted groundwater along the sanitary sewer trench on Broadway Avenue, parallel to the gasoline station. Part of this work was to determine the risk of hydrocarbon vapors in the sanitary sewer pipeline on Broadway Avenue which could lead to explosive conditions. An October 2005 subsurface survey concluded that underground utilities at the site had the potential to act as preferential pathways for hydrocarbon vapor migration, especially those utilities running on and parallel to Broadway Avenue, and the utilities running northwest of the site between the apartment complexes.

The site lies less than two-thirds of a mile from the San Francisco Bay. Groundwater under the site flows towards the Bay, and groundwater levels are as high as 6 feet below ground surface in this area. Despite the time since initial monitoring began, the lateral delineation of the plume is, according to ConocoPhillips' consultants, only "partially assessed." Workplans intended to further assess the lateral extent of the contamination are still in the planning stages. Thus far the consultant has been of the opinion that vertical delineation is not required due to the presence of bedrock at approximately 30 feet below ground surface.

The contaminant levels at the site continue to be extremely high, presenting an ongoing, imminently hazardous risk to the environment. TPHg levels as of August of 2006 were as high as 76,000 ug/l; benzene was at 24,000 ug/l; toluene was at 13,000 ug/l; xylenes were at 11,000 ug/l; and MTBE was as high as 1,700 ug/l.

Nonetheless, there is no current remediation system in place, and apparently none currently planned. Progress with remediation has been unreasonably slow. The San Mateo County Groundwater Protection Plan agency has already issued a Notice of Violation to ConocoPhillips for its delays in implementing downgradient vapor sampling, and has indicated that ConocoPhillips has not been in compliance with the California Health & Safety Code in terms of the requirement to take corrective action in response to an unauthorized release of hydrocarbons.

The site demands significant proactive treatment in terms of plume delineation, and requires a current plan for an effective remediation strategy. Once preferential pathway studies are completed, some immediate measures must be undertaken to prevent further groundwater contamination and migration which could find the surface waters of the Bay. In addition, sufficient sentinel wells must be strategically located to enable ConcoPhillips' engineers to assess opportunistic plume migration via gravel stringers or other such conduits. Finally, the remaining contaminant mass should be calculated so that some means of gauging remediation progress can be possible.

5. **ConocoPhillips/TOSCO Station #3798**
   **1876 El Camino Real, Burlingame, CA**

The site, currently 76-branded gasoline station, is situated on the southeast corner of El Camino Real and Murchison Drive in an area of Burlingame that has mixed commercial and residential uses. A service station of one brand or another has occupied the site since 1957. Tosco and ConocoPhillips are believed to be the present owners of the land on which the gasoline station lies. The facilities are currently comprised of two 12,000 gallon USTs, one waste oil UST, two dispenser islands and a station building.

The first reported petroleum release occurred in 1972 when several USTs were replaced due to leakage. In April of 1989 a large waste oil UST was removed and petroleum hydrocarbons were detected in the surrounding soil, leading to the installation of three groundwater monitoring wells in June of that year. In December of 1992, several groundwater recovery wells were installed to determine the effectiveness of pump and treat remediation. Well monitoring and sampling was conducted between 1996 and 2003 on only an annual basis.

By 2004 seventeen monitoring wells in addition to eight vapor monitoring wells had been installed at and around the site, to determine the potential vapor inhalation risk to site occupants. Elevated concentrations of TPHg (up to 200,000 ug/l) were detected in several vapor wells which far exceeded the environmental screening levels for vapor intrusion.

ConocoPhillips' consultant conducted a sensitive receptor survey in 2003 to determine whether plume migration might affect local water supplies. No water producing wells were found within 1,000 feet of the site. In this area groundwater flow is generally to the east or northeast. The nearest surface water body is a concrete-lined storm water channel which extends approximately six to nine feet below ground surface under Murchison Drive adjacent and downgradient to the site. While this channel is not anticipated to support aquatic or terrestrial life, it does flow directly into the San Francisco Bay – which is approximately 4,000 feet northeast of the site. This storm drain empties into a thirty-eight foot wide, concrete drainage channel farther to the northeast, and from there heads towards the Bay.

ConocoPhillips' consultant has been in the process of conducting a preferential pathway investigation, but the evaluation of the Murchison Drive storm drain as a preferential conduit appears to have been delayed.

This site remains mired in the investigation process although concentration levels are very high, and monitoring has been ongoing since the second quarter of 1989. In a November 14, 2006 consultant report, TPHg levels in groundwater beneath Murchison Drive were listed as 430,000 ug/l; TPHd levels were found to be as high as 210,000 ug/l.

Plume migration to the northeast has been confirmed by monitoring wells beyond the Murchison Drive storm drain which have recently been found to have petroleum constituent concentrations for the first time. Accordingly, the isoconcentration plots show the contaminant plume as reaching the storm drain. This underscores the need for much more proactive work at the site including active remediation to reduce the prospect of risks to human health and environmental degradation.

6.  **ConocoPhillips/TOSCO Station #3294**
    **1626 El Camino Real, San Mateo, CA**

This 76-branded service station is located at the intersection of El Camino Real and Borel Avenue in an area of both commercial and residential uses. The real property on which the service station facilities are located is owned by TOSCO and ConocoPhillips. The site consists of a station building, six dispenser islands under two canopies, two 10,000 gallon USTs, one 550-gallon waste oil UST, and associated product piping.

The first release was discovered in 1987 during waste oil tank removal operations. In June or July of 1988, a release of 6,000 gallons of gasoline occurred from an unleaded fuel UST. In August of that year, MW-1 was discovered with six feet of pure product (NAPL) inside the casing. NAPL was subsequently found in wells MW-1 through MW-5, suggesting that considerable groundwater contamination had occurred. The two USTs were removed and replaced. A ¼ inch hole was found in one of these old tanks.

In early 1991, six off-site and downgradient monitoring wells were installed followed by seven more in December of 1992. The site currently has twenty, actively monitored wells, fourteen of which are off-site. By September of 1994, approximately 3,800 gallons of NAPL had been removed by an automatic product recovery system. Apart from some initial over-excavation, this is the only remediation which has occurred. Groundwater monitoring, however, has continued over the past nineteen years since the initial well installation.

Temporary vapor sampling has not occurred due to the presence of water above historical groundwater levels at the site. In the meantime occupants of the site may be at risk for vapor concentrations which exceed environmental screening levels. Constituent levels remain very high: TPHg (as of September of 2006) was as high as 84,000 ug/l; benzene

was at 12,000 ug/l; toluene was at 6,000 ug/l; xylenes were at 11,000 ug/l and MTBE was as high as 1,400 ug/l.

The contaminant plume remains undelineated as to the east and to the west, despite consultant's efforts to date. Additional monitoring wells will need to be installed to complete characterization.

In addition, a door-to-door sensitive receptor survey has not been completed, although one has been recently authorized by the San Mateo Public Health and Environmental Protection Division. River Watch believes the work on the site must include a preferential pathway study for the purpose of evaluating the potential migration of contamination within identified structures and a conduit's potential risk to public health.

River Watch believes the site should be proactively remediated as soon as possible to prevent the prospect of further impact to groundwater and downgradient surface waters.

## REGULATORY STANDARDS

Water Quality Objectives exist to ensure protection of the beneficial uses of water. Several beneficial uses of water exist, and the most stringent water quality objectives for protection of all beneficial uses are selected as the protective water quality criteria. Alternative cleanup and abatement actions need to be considered which evaluate the feasibility of, at a minimum: (1) cleanup to background levels, (2) cleanup to levels attainable through application of best practicable technology, and (3) cleanup to protective water quality criteria levels. Existing and potential beneficial uses of area groundwater include domestic, agricultural, industrial and municipal water supply.

The RWQCB has adopted a Water Quality Control Plan or Basin Plan which designates all surface and groundwater within the North Coast and San Francisco Bay regions as capable of supporting domestic water supply. The RWQCB has adopted Maximum Contaminant Levels ("MCLs") and/or Water Quality Objectives ("WQOs") for petroleum constituents in surface and groundwater within the region of 50 ug/l for TPHg, 1 ug/l for benzene, 150 ug/l for toluene and 13 ug/l for MTBE.

Petroleum and petroleum constituents have been characterized as "hazardous waste" and as "solid waste" within the meaning of RCRA provisions. Accordingly, all regulatory mandates applicable to hazardous or solid waste apply to the use, storage and disposal of petroleum and petroleum constituents and products.

# VIOLATIONS

## A. Permits, Standards and Regulations
[42 U.S.C. § 6972(a)(1)(A)]

Between approximately January of 1998 and the date of this Notice, ConocoPhillips has caused or permitted, causes or permits, or threatens to cause or permit, petroleum contaminants, petroleum constituents and other hazardous waste at each of the six sites identified in this Notice to be discharged or deposited where it is, or probably will be, discharged into waters of the State and now creates, or threatens to create, conditions of pollution or nuisance. The discharges and threatened discharges of such petroleum waste are deleterious to the beneficial uses of water, and are creating and threaten to create various conditions of pollution and nuisance which will continue unless the discharges and threatened discharges are permanently abated.

Provisions of RCRA govern the use and operation of USTs used for storage of petroleum products (subchapter IX, 42 U.S.C. § 6991 et seq.). The RCRA UST regulatory program is adopted and implemented in California under the State Underground Storage of Hazardous Substance Account Act (California Health & Safety Code § 25280 et seq.).

Past or current violations of RCRA authorize the assessment of civil penalties. The enforcement provisions of 42 U.S.C. §§ 6928(a) and 6928(g) provide for penalties when conditions of hazardous waste disposal have been alleged – as River Watch has alleged in this Notice with respect to the six sites identified. Accordingly, under these provisions, persons or entities violating RCRA are subject to substantial liability to the United States on a per-day basis.

Between approximately January of 1998 and the date of this Notice, ConocoPhillips' use and storage of petroleum at the six sites identified in this Notice, has allowed significant quantities of hazardous petroleum constituents to be released or discharged into soil and groundwater in violation of provisions of RCRA and California UST regulatory programs including, but not limited to, provisions governing general operating requirements for USTs, release detection and prevention requirements, release reporting and investigation requirements, and release response and corrective action requirements.

Specifically, ConocoPhillips is responsible for the following statutory violations:

1. Failure to prevent a release, in violation of 40 CFR §§ 280.30, 280.31 and California Health & Safety Code §§ 25292.1(a) - (c), 25292.3(a) and (b).

2. Failure to properly detect and monitor releases, in violation of 40 CFR §§ 280.40 - 280.44 and California Health & Safety Code § 25292.

3. Failure to properly report and keep records of the release, in violation of 40 CFR §§ 280.34, 280.50, 280.52, 280.53, 280.63(b) and California Health & Safety Code §§ 25289, 25293 and 25295(a)(1).

4. Failure to take proper corrective action, in violation of 40 CFR §§ 280.53, 280.60 - 280.66 and California Health & Safety Code § 25295(a)(1).

### B. Imminent and Substantial Endangerment
### [42 U.S.C. § 6972(a)(1)(B)]

Between approximately January of 1998 and the date of this Notice, ConocoPhillips used and stored, and continues to use and store, petroleum products at the six sites identified in this Notice in a manner which has allowed significant quantities of hazardous petroleum constituents to be discharged to soil and groundwater beneath said sites and adjacent properties. Contaminant levels of TPHg, benzene, toluene, and MTBE in groundwater at said sites are significantly greater than the allowable MCL and/or WQO for said constituents. Benzene, MTBE, TAME, and TBA are known or suspected carcinogens. Toluene is a reproductive toxin. Ethylbenzene, methanol and xylene are live toxins. All are known to harm both plants and animals. In their concentration at said sites, these pollutants are creating an imminent and substantial endangerment to public health and the environment.

The violations alleged in this Notice are knowing and intentional in that ConocoPhillips in the past has used, stored and sold petroleum products which are known to contain hazardous substances, and, in that it intended that such products be sold to and used by the public. ConocoPhillips has known of the contamination at the six sites identified in this Notice since at least January of 1998, and has also known that failing to promptly remediate the pollution allows the contamination to migrate through soil and groundwater at and adjacent to said sites, and to continually contaminate and re-contaminate actual and potential sources of drinking water in addition to surface waters.

Violations of RCRA of the type alleged herein are a major cause of the continuing decline in water quality and pose a continuing threat to existing and future drinking water supplies of Northern California. With every discharge, groundwater supplies are contaminated. These discharges can and must be controlled in order for the groundwater supply to be returned to a safe source of drinking water.

In addition to the violations set forth above, this Notice is intended to cover all ConocoPhillips' violations of RCRA evidenced by information which becomes available to River Watch after the date of this Notice.

## IDENTIFICATION OF RIVER WATCH

River Watch is a non-profit corporation dedicated to the protection and enhancement of the waters of the State of California including all rivers, creeks, streams and groundwater in Northern California. River Watch is organized under the laws of the State of California. Its address is 6741 Sebastopol Avenue, Suite 140, Sebastopol, CA, 95472; its telephone number is (707) 824-4372.

The violations of ConocoPhillips as set forth in this Notice affect the health and enjoyment of members of River Watch who reside and recreate in the affected watershed areas. The members of River Watch use the watershed for domestic water supply, agricultural water supply, recreation, sports, fishing, swimming, shellfish harvesting, hiking, photography, nature walks and the like. Their health, use and enjoyment of this natural resource are conditions specifically impaired by the violations of RCRA as set forth in this Notice. In some cases the economic interests of individual River Watch members have been impaired by the violations of ConocoPhillips as set forth in this Notice.

River Watch has retained legal counsel to represent them in this matter. All communications should be addressed to:

    Jack Silver, Esquire
    Law Office of Jack Silver
    P.O. Box 5469
    Santa Rosa, CA 95402-5469
    Tel. (707) 528-8175
    Fax (707) 528-8675

## NOTICE REQUIREMENTS

RCRA requires that sixty (60) days prior to the initiation of an action for violation of a permit, standard, regulation, condition, requirement, prohibition or order effective under RCRA, a private party must give notice of the violation to the alleged violator, the Administrator of the U.S. Environmental Protection Agency and the State in which the violation is alleged to have occurred (42 U.S.C. § 6972(b)(1)(A)). RCRA also requires that a private party provide ninety (90) days prior notice to the alleged violator, the Administrator of the Environmental Protection Agency and the State in which the

violation is alleged to have occurred before initiating an action for an imminent and substantial endangerment to human health or the environment. (42 U.S.C. § 6972(b)(2)(A)).

River Watch believes this Notice sufficiently meets and sets forth the grounds for filing suit under the statutory and regulatory provisions of RCRA as to each of the sites identified. At the close of the Notice periods or shortly thereafter, River Watch intends to file a suit against ConocoPhillips under RCRA provisions for each of the violations as alleged herein, and with respect to the existing conditions at said sites.

During the 90 day notice period, however, River Watch is willing to discuss effective remedies for the violations referenced in this Notice. If ConocoPhillips wishes to pursue such discussions in the absence of litigation, you are encouraged to initiate such discussions immediately so that we might be on track to resolving the issues raised in this Notice before the end of the notice period. River Watch will not delay the filing of a lawsuit if discussions have not commenced by the time the 90-day notice period ends.

Very truly yours,

Jack Silver

cc:

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code 3213A
Washington, D.C. 20460

Wayne Nastri, Regional Administrator
U.S. Environmental Protection Agency, Region 9
75 Hawthorne St.
San Francisco, CA 94105

Celeste Cantü, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, California 95812-0100

Mark Leary, Executive Director
Calif. Integrated Waste Management Board
1001 "I" Street
Sacramento, CA 95814

ConocoPhillips Company
CSC - Lawyers Incorporating Service
Registered Agent
P.O. Box 526036
Sacramento, CA 95852-6036

Tosco Corporation
C T Corporation System
Registered Agent
818 West Seventh Street, Suite 1004
Los Angeles, CA 90017-3459

Suncor Holdings, LLC
C T Corporation System (C0168406)
Registered Agent
818 West Seventh Street, Suite 1004
Los Angeles, CA 90017-3459

Kayo Oil Company
CSC - Lawyers Incorporating Service
Registered Agent
P.O. Box 526036
Sacramento, CA 95852-6036

Estate of Victoria Chapple
P.O. Box 50248
Midland, TX 79710-0248
*(1499 University Ave., Berkeley Site Owner)*

Carole M. Quick and Lorraine M. Mudget
c/o ConocoPhillips Company
P.O. Box 1539
Paso Robles, CA 93447-1539
*(4276 MacArthur Blvd., Oakland Site Owners)*

Station Operator
MacArthur's 76
ConocoPhillips 76 Station
4276 MacArthur
Oakland, CA 94619-1908

Kayo Oil Company
c/o Real Estate Administration
315 South Johnstone Avenue, Suite 810G
Bartlesville, OK 74003-6617
*(449 Hegenberger Rd., Oakland Site Owner)*

Station Operator
Circle K - 76
449 Hegenberger Road
Oakland, CA 94621-1417

Station Operator
Phillips 76
1480 Broadway Avenue
Burlingame, CA 94010-3428

Tosco Corporation
P.O. Box 1539
Paso Robles, CA 93447-1539

Station Operator
Burlingame 76
1876 El Camino Real
Burlingame, CA 94010-3102

Station Operator
Borel Square Unocal 76
1626 El Camino Real
San Mateo, CA 94402-3024

Glynn & Finley, LLP
Andrew T. Mortl
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596