1  Jack Silver, Esq. SBN #160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, CA 95402-5469
3  Tel.  (707) 528-8175
4  Fax.  (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
   NORTHERN CALIFORNIA RIVER                CASE NO.  C07-03203
12 WATCH, a non-profit corporation,
                                            **PROOF OF SERVICE**
13            Plaintiff,
14     v.

15 SUNCOR HOLDINGS, LLC, TOSCO
   CORPORATION, KAYO OIL COMPANY,
16 ESTATE OF VICTORIA CHAPPLE, CAROLE
   M. QUICK, LORAINE M. MUDGET,
17 CONOCOPHILLIPS COMPANY, and DOES
   1-20, Inclusive,
18
              Defendants
19 _____/

20
21
22
23
24
25
26
27
28
   C07-03203
   Proof of Service                    1

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 E Street, Suite 202, Santa Rosa, CA 95404.

On the date set forth below, I served the following described document(s):

**Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation [Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq.]**

on the following parties by placing a true copy in a sealed envelope, addressed as follows:

Citizen Suit Coordinator
U.S. Dept. of Justice
Environmental & Natural Resource Division
Law and Policy Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code 3213A
Washington, D.C. 20460

[X] (BY MAIL) I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practices of Law Office of Jack Silver for processing of correspondence; said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

[ ] (BY FACSIMILE) I caused the above referenced document(s) to be transmitted by Facsimile machine (FAX) 707-528-8675 to the number indicated after the address(es) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on July 5, 2007 at Santa Rosa, California.

_____
WOJCIECH P. MAKOWSKI

C07-03203
Proof of Service                    2