```
1   GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
2   PATRICIAL L. BONHEYO, Bar No. 194155
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Emails:  amortl@glynnfinley.com
             tbonheyo@glynnfinley.com
6
    Attorneys for Defendant
7   Kayo Oil Company
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUNCOR HOLDINGS, et al.<br><br>　　　　Defendants. | Case No. C 07-03203 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2007

GLYNN & FINLEY, LLP
ANDREW T. MORTL
PATRICIA L. BONHEYO
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _/s/ Patricia L. Bonheyo_
Attorneys for Defendant Kayo Oil Company

- 1 -

Case/Docket No. C07-03203 JCS

**PROOF OF SERVICE VIA CM/ECF**

I, Gina M. Bentley, declare as follows:

I am over the age of 18 years, and not a party to the action, and I am employed in the County of Contra Costa, California. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On August 21, 2007, I served the following document(s):

a. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action, by presenting the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

*SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of August, 2007 at Walnut Creek, California.

/s/Gina M. Bentley
Gina M. Bentley

- 1 -

PROOF OF SERVICE