UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER
WATCH

        Plaintiff(s),

v.

SUNCOR HOLDINGS, et al.

        Defendant(s).
_____/

CASE NO. C 07-03203 PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 9/6/07

Dated: 9/6/07

        James Doyle /PJB
        Attorney for Plaintiff

        Pat L B
        Attorney for Defendants
        ConocoPhillips Company &
        Kayo Oil Company

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                                          UNITED STATES MAGISTRATE JUDGE

1  Case/Docket No. C07-03203 PJH

2  **PROOF OF SERVICE VIA CM/ECF**

3  I, Gina M. Bentley, declare as follows:

4  I am over the age of 18 years, and not a party to the action; and I am employed in
5  the County of Contra Costa, California. My business address is One Walnut Creek Center, 100
6  Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On September
7  6, 2007, I served the following document(s):

8  a.  STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
9  on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for
10  filing and uploading to the CM/ECF system which will send notification of such filing to the
11  following:

12  *SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

13  I declare under penalty of perjury under the laws of the State of California that the
14  foregoing is true and correct.
15
16  Executed this 6th day of September, 2007 at Walnut Creek, California.

17  /s/Gina M. Bentley
    Gina M. Bentley
18

- 1 -

PROOF OF SERVICE