# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Northern California River Watch,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Suncor Holdings, LLC,<br><br>　　　　　Defendant(s). | 07-03203 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Norma Darshan Brach**
7818 Terrace Drive
El Cerrito, CA 94530
510-868-0271

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03203 PJH MED                                  - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 13, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03203 PJH MED                                      - 2 -