```
 1  GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
 2  PATRICIAL L. BONHEYO, Bar No. 194155
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  Emails:  amortl@glynnfinley.com
             tbonheyo@glynnfinley.com
 6
         Attorneys for Defendant
 7       Kayo Oil Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SUNCOR HOLDINGS, et al.<br><br>                    Defendants. | Case No. C 07-03203 JCS<br><br>**KAYO OIL COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 18, 2007

GLYNN & FINLEY, LLP
ANDREW T. MORTL
PATRICIA L. BONHEYO
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By  /s/ Patricia L. Bonheyo
Attorneys for Defendant Kayo Oil Company

- 1 -

| | |
|---|---|
| 1 | Case/Docket No. C07-03203 PJH |
| 2 | **PROOF OF SERVICE VIA CM/ECF** |

3   I, Gina M. Bentley, declare as follows:

4   I am over the age of 18 years, and not a party to the action; and I am employed in
5   the County of Contra Costa, California. My business address is One Walnut Creek Center, 100
6   Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On September
7   18, 2007, I served the following document(s):

8   a.   **KAYO OIL COMPANY'S CERTIFICATE OF INTERESTED PARTIES**
9   on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for
10  filing and uploading to the CM/ECF system which will send notification of such filing to the
11  following:

12  *SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

13  I declare under penalty of perjury under the laws of the State of California that the
14  foregoing is true and correct.

15  Executed this <u>18th</u> day of <u>September, 2007</u> at Walnut Creek, California.

/s/Gina M. Bentley
Gina M. Bentley

- 1 -

PROOF OF SERVICE