1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  PATRICIAL L. BONHEYO, Bar No. 194155
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  Emails:  amortl@glynnfinley.com
            tbonheyo@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHERN CALIFORNIA RIVER            ) Case No. C 07-03203 JCS
   WATCH, a non-profit Corporation,     )
12                                      ) **CONOCOPHILLIPS' CERTIFICATE**
                Plaintiff,              ) **OF INTERESTED PARTIES**
13                                      )
        vs.                             )
14                                      )
   SUNCOR HOLDINGS, et al.              )
15                                      )
                Defendants.             )
16                                      )

17

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

19 than the named parties, there is no such interest to report.

20      Dated: September 19, 2007

21                                      GLYNN & FINLEY, LLP
                                        ANDREW T. MORTL
22                                      PATRICIA L. BONHEYO
                                        One Walnut Creek Center
23                                      100 Pringle Avenue, Suite 500
                                        Walnut Creek, CA  94596
24

25                                      By  /s/ Patricia L. Bonheyo
                                            Attorneys for Defendant
26                                          ConocoPhillips Company

27

28

- 1 -

| | |
|---|---|
| 1 | Case/Docket No. C07-03203 PJH |
| 2 | **PROOF OF SERVICE VIA CM/ECF** |

3   I, Gina M. Bentley, declare as follows:

4   I am over the age of 18 years, and not a party to the action; and I am employed in
5   the County of Contra Costa, California. My business address is One Walnut Creek Center, 100
6   Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On September
7   19, 2007, I served the following document(s):

8   a.   **CONOCOPHILLIPS' CERTIFICATE OF INTERESTED PARTIES**
9   on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for
10   filing and uploading to the CM/ECF system which will send notification of such filing to the
11   following:

12   *SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

13
14   I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.
15
16   Executed this <u>19th</u> day of <u>September, 2007</u> at Walnut Creek, California.

                                            /s/Gina M. Bentley
                                            Gina M. Bentley

- 1 -

PROOF OF SERVICE