UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER
WATCH

        Plaintiff(s),

v.

SUNCOR HOLDINGS, et al.

        Defendant(s).
_____/

Case No. C 07-03203 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/15/07

                                         Suncor Holdings LLC

Dated: 9/10/07

                                         Patricia L. Bonheyo

Case/Docket No. C07-03203 PJH

**PROOF OF SERVICE VIA CM/ECF**

I, Gina M. Bentley, declare as follows:

I am over the age of 18 years, and not a party to the action; and I am employed in the County of Contra Costa, California. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On September 20, 2007, I served the following document(s):

    a.    **ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

*SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this <u>20th</u> day of <u>September, 2007</u> at Walnut Creek, California.

/s/Gina M. Bentley
Gina M. Bentley

- 1 -

PROOF OF SERVICE