Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNCOR HOLDINGS, LLC, TOSCO CORPORATION, KAYO OIL COMPANY, ESTATE OF VICTORIA CHAPPLE, CAROLE M. QUICK, LORAINE M. MUDGET, CONOCOPHILLIPS COMPANY, and DOES 1-20, Inclusive,<br><br>　　　　　Defendants | CASE NO.: C07-03203 PJH<br><br>**DECLARATION OF JACK SILVER RE: STATEMENT OF HARDSHIP**<br><br>DATE:　　September 27, 2007<br>TIME:　　2:30 P.M.<br>CTRM:　　3, 17th Floor<br>JUDGE:　Hon. Phyllis J. Hamilton |

I, Jack Silver, declare as follows:

1.　I am the attorney for plaintiff NORTHERN CALIFORNIA RIVER WATCH in this action, and I have personal knowledge of each matter stated herein.

2.　Counsel for Plaintiff and Defendants have discussed and reviewed drafts of a Joint Case Management Statement, and have agreed to all of the language to be contained in the document with one exception – Plaintiff requested that specific language be placed into section **8. Discovery**, so that the Court would have a clear understanding as to why the lengthy discovery schedule was being requested. Counsel for Plaintiff advised counsel for Defendant that absent that specific language, it would be necessary for Plaintiff to file a separate Case Management Statement. Counsel for Defendant was unwilling to add that language into the Joint Case Management Statement

3.　On the date this document was due, September 20th, 2007, counsel for Plaintiff was involved in

Depositions all day and counsel for Defendant was also unavailable, on an aircraft, and unable to reach her office until very late in the afternoon. Based on the fact that counsel were unable to speak with each other to work out the language for the Discovery section, it was necessary for the parties to file separate Case Management Statements in order to meet the Court's deadlines. Counsel hope to meet and confer shortly to file a subsequent Joint Case Management Statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on the 20th day of September, 2007 at Santa Rosa, California.

_____
JACK SILVER