GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
PATRICIAL L. BONHEYO, Bar No. 194155
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Emails:  amortl@glynnfinley.com
         tbonheyo@glynnfinley.com

Attorneys for Defendant
Suncor Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNCOR HOLDINGS, et al.<br><br>Defendants. | Case No. C 07-03203 JCS<br><br>**SUNCOR'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 27, 2007

GLYNN & FINLEY, LLP
ANDREW T. MORTL
PATRICIA L. BONHEYO
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _/s/ Pat JB_
Attorneys for Defendant
Suncor Holdings LLC

- 1 -

| | |
|---|---|
| 1 | Case/Docket No. C07-03203 PJH |
| 2 | **PROOF OF SERVICE VIA CM/ECF** |

3  I, Beverly Carter, declare as follows:

4  I am over the age of 18 years, and not a party to the action; and I am employed in
5  the County of Contra Costa, California. My business address is One Walnut Creek Center, 100
6  Pringle Avenue, Suite 500, Walnut Creek, CA 94596, in said County and State. On September
7  27, 2007, I served the following document(s):

8  **SUNCOR'S CERTIFICATE OF INTERESTED PARTIES**

9  on the interested parties in this action , by presenting the foregoing to the Clerk of the Court for
10  filing and uploading to the CM/ECF system which will send notification of such filing to the
11  following:

12  *SEE CM/ECF ELECTRONIC FILING CERTIFICATE OF SERVICE LIST*

13
14  I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
15
16  Executed this 27th day of September, 2007 at Walnut Creek, California.

17

18                                                   /s/Beverly Carter
                                                     Beverly Carter
19

- 1 -
PROOF OF SERVICE