**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** September 27, 2007                               **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3203 PJH

**Case Name:** Northern California River Watch v. Suncor Holdings, et al.

**Attorney(s) for Plaintiff:**     Jack Silver
**Attorney(s) for Defendant:**     Andrew T. Mortl

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. Plaintiff counsel informs the court that he has not made a demand for a jury trial and most likely will not.

**REFERRALS:**

[x] The parties already have a phone conference set with the ADR office. Case referred to ADR to be completed with 90 days from date of phone conference.

**PRETRIAL SCHEDULE:**

Non-Expert Discovery cutoff: 9/8/08
Expert disclosure: 10/17/08; Rebuttal: 11/21/08
Expert discovery cutoff: 12/22/08
Dispositive Motions to be filed by: 1/21/09;
Opposition: 2/4/09; Reply: 2/11/09; Hearing set for 3/4/09 at 9:00 a.m.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file; ADR