# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Northern California River Watch<br><br>    Plaintiff(s),<br><br>    v.<br><br>Suncor Holdings, LLC<br><br>    Defendant(s). | No. C 07-03203 PJH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a Mediation on 11/13/2007.

2.   Did the case settle?        NO

3.   If the case did not settle fully, is any follow-up contemplated?        NO

**4.   IS THIS ADR PROCESS COMPLETED?        YES**

Dated:    11/15/2007                           /s/
                                               **Mediator**, **Norma Darshan Brach**
                                               7818 Terrace Drive
                                               El Cerrito, CA 94530

**Certification of ADR Session**
07-03203 PJH MED