Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8275
Facsimile: (707) 528-8675
lhm28843@sbcglobal.net

Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>SUNCOR HOLDINGS, LLC., TOSCO CORPORATION, KAYO OIL COMPANY, ESTATE OF VICTORIA CHAPPLE,. CAROLE M. QUICK, LORAINE M. MUDGET, CONOCOPHILLIPS COMPANY and DOES 1 - 20, Inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: C07-03203 PJH<br><br>VOLUNTARY DISMISSAL OF TOSCO CORPORATION, ESTATE OF VICTORIA CHAPPLE, CAROLE M. QUICK, AND LORAINE M. MUDGET AS PARTY DEFENDANTS WITH PREJUDICE [PROPOSED] ORDER [FRCP § 41(a)] |

NOTICE is hereby given that pursuant to FRCP 41(a)(1), plaintiff NORTHERN CALIFORNIA RIVER WATCH, hereby dismisses party defendants TOSCO CORPORATION, ESTATE OF VICTORIA CHAPPLE, CAROLE M. QUICK and LORAINE M. MUDGET as party defendants to the above-entitled action with prejudice.

Dated: December 31, 2007

_____
JACK SILVER.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE