1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone: (707) 528-8275
   Facsimile: (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorney for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
6

7  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
8  PATRICIA L. BONHEYO, Bar No. 194155
   One Walnut Creek Center
9  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
10 Telephone: (925-210-2800
   Facsimile: (925) 945-1975
11 Emails:  amortl@glynnfinley.com
              tbonheyo@glynnfinley.com
12
   Attorneys for Defendants
13 SUNCOR HOLDINGS, LLC., KAYO
   OIL COMPANY, CONOCOPHILLIPS
14 COMPANY

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18 NORTHERN CALIFORNIA RIVER          CASE NO.:C07-03203 PJH
   WATCH, a non-profit Corporation,
19                                    STIPULATION OF DISMISSAL
            Plaintiff,                OF COMPLAINT WITH PREJUDICE
20 v.                                 [PROPOSED] ORDER
                                      [FRCP § 41(a)(ii)]
21 SUNCOR HOLDINGS, LLC., TOSCO
   CORPORATION, KAYO OIL COMPANY,
22 ESTATE OF VICTORIA CHAPPLE,.
   CAROLE M. QUICK, LORAINE M.
23 MUDGET, CONOCOPHILLIPS COMPANY
   and DOES 1 - 20, Inclusive,
24
            Defendants.
25 _____/   _____

26      IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER

27 WATCH  and  defendants  SUNCOR  HOLDINGS,  LLC,  KAYO  OIL  COMPANY  and

28 CONOCOPHILLIPS COMPANY, by and through their counsel of record, that this matter may be

1   dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

2      This Stipulation may be executed in several counterparts, all of said counterparts shall constitute

3   one original.

4

5

6   Dated: 1/21/08

               _____

7                                      JACK SILVER.

                                     Attorney for Plaintiff

8                                      NORTHERN CALIFORNIA RIVER WATCH

9

10   Dated: 1/21/08

               _____

11                                      ANDREW T. MORTL

                                     Attorney for Defendants

12                                      SUNCOR HOLDINGS, LLC., KAYO OIL

                                     COMPANY, CONOCOPHILLIPS COMPANY

13

14

15

16

17

18                                    **ORDER**

19       PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

20

21   DATED: _____

               _____

22                                      PHYLLIS J. HAMILTON

                                     U.S. DISTRICT COURT JUDGE

23

24

25

26

27

28