```
 1 | Jack Silver, Esquire SBN# 160575
   | Law Office of Jack Silver
 2 | Post Office Box 5469
   | Santa Rosa, California 95402-5469
 3 | Telephone: (707) 528-8275
   | Facsimile: (707) 528-8675
 4 | lhm28843@sbcglobal.net
   |
 5 | Attorney for Plaintiff
   | NORTHERN CALIFORNIA RIVER WATCH
 6 |
   |
 7 | GLYNN & FINLEY, LLP
   | ANDREW T. MORTL, Bar No. 177876
 8 | PATRICIA L. BONHEYO, Bar No. 194155
   | One Walnut Creek Center
 9 | 100 Pringle Avenue, Suite 500
   | Walnut Creek, CA 94596
10 | Telephone: (925-210-2800
   | Facsimile: (925) 945-1975
11 | Emails:  amortl@glynnfinley.com
   |          tbonheyo@glynnfinley.com
12 |
   | Attorneys for Defendants
13 | SUNCOR HOLDINGS, LLC., KAYO
   | OIL COMPANY, CONOCOPHILLIPS
14 | COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNCOR HOLDINGS, LLC., TOSCO CORPORATION, KAYO OIL COMPANY, ESTATE OF VICTORIA CHAPPLE,. CAROLE M. QUICK, LORAINE M. MUDGET, CONOCOPHILLIPS COMPANY and DOES 1 - 20, Inclusive,<br><br>Defendants. | **CASE NO.:C07-03203 PJH**<br><br>STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE [PROPOSED] ORDER<br>[FRCP § 41(a)(ii)] |

   IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendants SUNCOR HOLDINGS, LLC, KAYO OIL COMPANY and CONOCOPHILLIPS COMPANY, by and through their counsel of record, that this matter may be

C07-03203 PJH
Stipulation of Dismissal                                                                 1

dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

Dated: 1/21/08

JACK SILVER.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 1/21/08

ANDREW T. MORTL
Attorney for Defendants
SUNCOR HOLDINGS, LLC., KAYO OIL COMPANY, CONOCOPHILLIPS COMPANY

**ORDER**

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: 1-22-08

PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

C07-03203 PJH
Stipulation of Dismissal

2